UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:01CR446 CDP |
| | ) |
| EARNEST WILLIAMS | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the defendant's motion to continue [#55] is granted and the supervised release revocation hearing as to defendant **Earnest Williams** is reset to **Wednesday, July 8, 2009 at 1:30 p.m.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of May, 2009.